UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14003-TP-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

VICTOR TORRES-LEMUS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct an Evidentiary Hearing in respect to a Petition Alleging Violations of Supervised Release before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on March 16, 2012. A Report and Recommendation was filed on March 21, 2012, (D.E.#12), recommending that the Defendant's admission of guilt to the two violations be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's Admissions to the Violations set forth in Petition for Violations of Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty of the two violations set forth in the Petition for Violations of Supervised Release. A sentencing hearing for final disposition shall be set for disposition of this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of April, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office